**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA   )  Case Number: CR _10-6437-BSS_
          Plaintiff )
                   )  REPORT COMMENCING CRIMINAL
      -vs-       )        ACTION

  _Keith M DURAN_   )  _95718-004_
      Defendant      USMS NUMBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:  Clerk's Office  *MIAMI*  (FT. LAUDERDALE) W. PALM BEACH   D.C.
    U.S. District Court     *FT. PIERCE*
               (circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN OCT 2 1 2010
      MAGISTRATES COURT ABOVE.        STEVEN M. LARIMORE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* CLERK U.S. DIST. CT. \*
                                    S.D. of FLA. - Ft. LAUD.

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _10/20/2010 Approx 5:30 am (pm)_

(2)  Language Spoken: _English_

(3)  Offense(s) Charged: _Title 21: 846, 841 a 1 Consp to Distribute Oxycodone._

(4)  U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: _8/20/1975_

(6)  Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint to be filed/already filed
    Case# _Ashland (Kentucky)  10-CR-11-DLB_

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _E/KY_

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

Amount of Bond: $ _N/A_
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _10/21/10_  (9) Arresting Officer: _Kepper, Cortes_

(10) Agency: _DEA_           (11) Phone: _305-216-8898_

(12) Comments: _N/A_